**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

**AD INNOVATIONS, LLC,**

Plaintiff,

v.

**CERENCE INC.,**

Defendant.

C.A. No. 1:26-cv-10129-IT

**JURY TRIAL DEMANDED**

**PATENT CASE**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and (c), Plaintiff Ad Innovations LLC and Defendant Cerence, Inc., hereby stipulate to the dismissal of all claims asserted in this action WITH PREJUDICE, with each Party to bear its own costs, expenses, and attorneys' fees. All pending motions shall be denied as moot.

September 3, 2026

Respectfully Submitted,

By: */s/ Michelle Aspen*
Stephen I. Hansen (BBO #679134)
SHOOK, HARDY & BACON L.L.P.
One Federal Street, Suite 2620
Boston, MA 02110
Telephone: (617) 531-1411
Facsimile: (617) 531-1602

Aaron E. Hankle (*pro hac vice)*
Brenna L. Kingyon (*pro hac vice*)
B. Trent Webb (*pro hac vice forthcoming*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
ahankel@shb.com

Respectfully Submitted,

By: */s/ David R. Bennett*
Brendan Shortell
Lambert Shortell & Connaughton
100 Franklin Street, Suite 903
Boston, MA 02110
Main Line: (617) 720-0091
Fax: (617) 202-6317
shortell@lambertpatentlaw.com

David R. Bennett (IL Bar No.: 6244214)
(admitted *pro hac vice*)
DIRECTION IP LAW
P.O. Box 14184
Chicago, Illinois 60614-0184
Telephone: (312) 291-1667
dbennett@directionip.com

bkingyon@shb.com
twebb@shb.com

*Attorney for Plaintiff*
*Ad Innovations LLC*

Michelle Aspen (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
1899 Wynkoop St., Ste. 375
Denver, CO 80202 Telephone: (303) 285-5300
Facsimile: (303) 285-5301
maspen@shb.com

*Attorneys for Defendant*
*Cerence, Inc.*

**CERTIFICATE OF CONFERENCE**

Pursuant to D. Mass. Local Rule 7.1(a)(2), counsel for Plaintiff conferred with counsel for Defendant and this Stipulation is jointly filed.

*/s/ David R. Bennett*
David R. Bennett

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ David R. Bennett*
David R. Bennett